**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 00-60685
Summary Calendar

NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,

Plaintiff-Appellee,

VERSUS

BILLY G. ASEMANI, Etc., ET AL.,

Defendants,

PERCY JONES, ET AL.,

Defendants-Appellants.

Appeal from the United States District Court
For the Southern District of Mississippi
3:99-CV-227-WS

March 28, 2001

Before DAVIS, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Based on our review of the record and the briefs of the

parties, we affirm the judgment of the district court essentially

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for the reasons stated in its careful memorandum opinion and order of October 30, 2000.

AFFIRMED.